

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2025

No. 04-25-00308-CV

**IN RE** Christina **MENDEZ**

Original Proceeding[1]

**ORDER**

Sitting:     Irene Rios, Justice
           Adrian A. Spears, II, Justice
           Velia J. Meza, Justice

Relator, Christina Mendez, filed this petition for writ of mandamus on May 14, 2025, seeking to vacate the March 31, 2025, order of Bexar County Probate Court No. 2 transferring the underlying matter to Webb County. We granted a temporary stay of the underlying proceedings and afforded the real party in interest and respondent to file a response.

Having considered the pleadings, record, and applicable law, we have determined that relator is not entitled to the relief requested. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The temporary stay issued by this court on May 22, 2025 is **LIFTED**. The motion for emergency stay is **DENIED AS MOOT**.

It is so **ORDERED** on August 27, 2025.

_____
Adrian A. Spears, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024-PC2-03425, styled *In the estate of Javier Jesus Trevino, Sr., Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Veronica Vasquez presiding.